UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. BROWN,<br><br>    Defendant. | Case No. 8:22-cv-01997-FWS-ADS<br><br>JUDGMENT |

    Plaintiff United States of America ("United States") filed this case under 26 U.S.C. § 7401 to reduce to judgment outstanding federal tax liabilities assessed against Defendant Michael D. Brown ("Brown"). (Dkt. 8 ("First Amended Complaint") ¶¶ 1-2.) In accordance with the court's concurrently filed Order Granting United States' Unopposed Motion to Enforce Stipulation and to Enter Final Judgment, and the parties' Stipulation to Income Tax Assessments, (Dkt. 17), the court **ORDERS**:

    1.    Judgment is hereby **ENTERED** in favor of the United States and against Brown for the federal income tax liabilities set forth in the First Amended

1

Complaint for 2001, 2002, 2003, 2005, 2006, 2007, 2009, 2010, 2011, and 2014 in the total amount of **$78,347,790.02**, plus interest accruing after November 7, 2022 pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c); and

    2.    The parties shall each bear their own costs and attorney fees with respect to this litigation.

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE